UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. PORTEE,<br><br>    Petitioner,<br><br>    v.<br><br>KOENIG,<br><br>    Respondent. | Case No. 19-cv-02948-JD<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner, has filed a pro se habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed, and petitioner has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is **DISMISSED** without prejudice and a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 9, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. PORTEE,<br><br>    Plaintiff,<br><br>v.<br><br>KOENIG,<br><br>    Defendant. | Case No. 19-cv-02948-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on July 9, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David B. Portee ID: C-50736
CTF - Correctional Training Facility -Soledad
P. O. Box 689
Soledad, CA 93960

Dated: July 9, 2019

    Susan Y. Soong
    Clerk, United States District Court

    By: _____
    LISA R. CLARK, Deputy Clerk to the
    Honorable JAMES DONATO