UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. PORTEE,<br><br>    Petitioner,<br><br>    v.<br><br>KOENIG,<br><br>    Respondent. | Case No. 19-cv-02948-JD<br><br>**ORDER REOPENING CASE**<br><br>Re: Dkt. No. 6 |

Petitioner, a state prisoner, filed a pro se habeas petition that was dismissed without prejudice for failure to pay the filing fee or file a complete application for leave to proceed in forma pauperis ("IFP"). Petitioner indicates he has paid the filing fee and has submitted a receipt. Plaintiff's motion (Docket No. 6) is **GRANTED** and the order dismissing the case (Docket No. 4) is **VACATED** and this case is **REOPENED**. The Court will review the petition in due course.

**IT IS SO ORDERED.**

Dated: July 24, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. PORTEE,<br><br>    Plaintiff,<br><br>v.<br><br>KOENIG,<br><br>    Defendant. | Case No. 19-cv-02948-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David B. Portee ID: C-50736
CTF - Correctional Training Facility -Soledad
P. O. Box 689
Soledad, CA 93960

Dated: July 24, 2019

                      Susan Y. Soong
                      Clerk, United States District Court

                      By: *Lisa R. Clark*
                      LISA R. CLARK, Deputy Clerk to the
                      Honorable JAMES DONATO