UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. PORTEE, <br>           Petitioner, <br>    v. <br> KOENIG, <br>           Respondent. | Case No. 19-cv-02948-JD <br><br> **ORDER ON MOTIONS** <br> Re: Dkt. Nos. 14, 16 |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was dismissed and closed at screening and a certificate of appealability ("COA") was denied. Petitioner has filed an appeal, a motion for a COA and to proceed in forma pauperis. The motion to proceed in forma pauperis (Docket No. 16) is **GRANTED**. The motion for a COA (Docket No. 14) is **VACATED** because the Court has already denied it. The Clerk shall **SEND** a copy of the motion for a COA (Docket No. 14) to the 9th Circuit in Case No. 20-15104.

**IT IS SO ORDERED.**

Dated: February 11, 2020

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. PORTEE,<br><br>    Plaintiff,<br><br>v.<br><br>KOENIG,<br><br>    Defendant. | Case No. 19-cv-02948-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David B. Portee ID: C-50736
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

Dated: February 11, 2020

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO